OFFICE OF THE UNITED STATES TRUSTEE-REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

**Trust Name:** Centaur, LLC Litigation Trust
**Reporting Period:** April 1, 2018 to June 30, 2018

**Bank:** The National Bank of Indianapolis
**Account #:** XXX3049
**Account Type:** Disbursements, Accounts Payable, Wire

| | |
|---|---:|
| Beginning Cash Balance | $ 780,523.88 |
| **Receipts** | |
| Cash Sales | - |
| Collection of Accounts Receivable | - |
| Proceeds from Litigation (settlement or otherwise) | - |
| Sale of Debtor's Assets | - |
| Capital Infusion pursuant to the Plan | - |
| Bank Interest Net of Account Fees | 134.72 |
| Total Cash Received | 134.72 |
| Total Cash Available | $ 780,658.60 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims by bankruptcy professionals | - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals | - |
| All other disbursements made in ordinary course | 17,431.00 |
| Total disbursements | 17,431.00 |
| Ending Cash Balance | $ 763,227.60 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

**Date:** 8/2/2018
**Trust:** Centaur, LLC Litigation Trust
**Case Number:** 09-13761

**Signature:** *[signed]*
**Name/Title:** Matthew Diaz, Senior Managing Director on behalf of FTI Consulting Inc. solely as Litigation Trustee